**Brenda JOHNSON, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 75114.**

Missouri Court of Appeals, Western District.

Oct. 30, 2012.

Brenda Johnson, pro se.

Bart A. Matanic, Jefferson City, MO, for respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Brenda Johnson appeals, *pro se*, from the Labor and Industrial Relations Commission's decision finding that Johnson was discharged from employment due to misconduct connected with her work thereby disqualifying Johnson from receiving unemployment compensation. We affirm. Rule 84.16(b).